IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 04-283 |
| | ) | |
| TIMOTHY NOEL | ) | |

The above named defendant satisfied the judgment of DECEMBER 07, 2005 by paying on JUNE 12, 2006 the full balance due on his/her court ordered:

    **X**   Assessment
          Fine
          Costs
          other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  7/14/06
Deputy Clerk                                         Date