IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-283 |
| | ) | |
| TIMOTHY NOEL | ) | |

MEMORANDUM ORDER

AND NOW, this 10th day of November, 2009, following the supervised release violation hearing held this day in connection with the Probation Office's petition on supervised release (Document No. 49), wherein defendant stipulated on the record that he violated certain conditions of his supervision that were imposed by the court as set forth in the Judgment Order of December 7, 2005, including the following: (1) that he failed to notify the probation officer within 72 hours of being arrested; (2) that he failed to attend substance abuse treatment sessions as required; (3) that he failed to submit written monthly reports to the probation officer; (4) that he failed to report to the probation office despite his agreement to do so; and (5) that he used marijuana as evidenced by six positive urine tests between March 2008 and March 2009;[1]

The court finds that defendant's violations of the conditions

---

[1] The parties stipulated that the charge against defendant for his alleged unauthorized possession of a firearm should be withdrawn from the petition on supervised release, and the court accepted that stipulation.

of his supervised release are Grade C violations within the meaning of U.S.S.G. §7B1.1(a)(3)(B) and the record does not warrant a disposition outside the guideline range set forth in U.S.S.G. §7B1.4, which range is advisory, but has been considered by this court in fashioning an appropriate sentence as required by United States v. Booker, 543 U.S. 220 (2005); and,

Accordingly, IT IS ORDERED that defendant's term of supervised release be, and the same hereby is, revoked and defendant is sentenced to serve a term of eleven (11) months imprisonment. No further term of supervised release is imposed in connection with the above-captioned case.

The court recommends that defendant be incarcerated at FCI Morgantown or another institution located as close as possible to Pittsburgh, Pennsylvania.

                               /s/ Gustave Diamond
                               Gustave Diamond
                               United States District Judge

cc: Almon Burke
     Assistant U.S. Attorney

     Marketa Sims
     Assistant Federal Public Defender

     Federal Bureau of Prisons
     United States Marshal
     United States Probation

CERTIFIED FROM THE RECORD
Date 11/10/09
ROBERT V. BARTH, JR., CLERK
By /s/ Deputy Clerk

2